UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE LUJAN ORTEGA, | Case No. EDCV 07-917 DSF(JC) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JAMES TILTON, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

1  IT IS ORDERED that Judgment be entered denying the Petition and
2 dismissing this action with prejudice.
3  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment herein on counsel for petitioner
5 and respondents.
6  LET JUDGMENT BE ENTERED ACCORDINGLY.

7                 3/7/11
8  DATED: _____

10                 _____
11                 HONORABLE DALE S. FISCHER
                   UNITED STATES DISTRICT JUDGE